Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LINA KIM, DDS, P.S. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SENTINEL INSURANCE COMPANY LIMITED,<br><br>Defendant. | No. 2:20-cv-00657-JLR<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT |

## I. ORDER

Based on the Parties' Stipulated Motion to Extend Time to Respond to Complaint (Dkt. # 6), and the records and filings herein, it is ordered that the deadline to extend defendant's time to respond to plaintiff's complaint is ex tendedby 30 days, until June 29, 2020.

Dated this 2nd of June, 2020.

_____
Honorable James L. Robart

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT – PAGE 1
CAUSE NO. 2:20-CV-00657-JLR

2666385 / 447.0003

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX

Presented By:

FORSBERG & UMLAUF, P.S.

By: *s/ Matthew S. Adams*
Matthew S. Adams, WSBA No. 18820
James E. Horne, WSBA No. 12166
FORSBERG & UMLAUF, P.S.
901 Fifth Avenue, Suite 1400
Seattle, WA 98164-1039
Telephone: (206) 689-8500
Email: MAdams@FoUm.law
Email: JHorne@FoUm.law
Attorneys for Plaintiff


KELLER ROHRBACK, LLP

By: *s/ Amy Williams-Derry*
Amy Williams-Derry, WBSA No. 28711
Gretchen Freeman Cappio, WSBA No. 29576
Ian S. Birk, WSBA No. 31431
Irene M. Hecht, WSBA No. 11063
Lynn L. Sarko, WSBA No. 16569
Maureen M. Falecki, WSBA No. 18569
Nathan L. Nanfelt, WSBA No. 45273
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone: (206) 623-1900
Attorneys for Plaintiff

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT – PAGE 2
CAUSE NO. 2:20-CV-00657-JLR

2666385 / 447.0003

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX