Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINA KIM, DDS, P.S. individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>SENTINEL INSURANCE COMPANY, LIMITED<br><br>        Defendant. | No. 2:20-cv-00657-JLR<br><br>ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML |

**(PROPOSED) ORDER**

The Court having examined and considered Plaintiff's Unopposed Motion for Stay of Proceedings Pending Ruling on Consolidation and Transfer by JPML, and finding that there is good cause,

**HEREBY ORDERS AND ADJUDGES THAT** this matter is stayed, including but not limited to (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Washington and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, pending a ruling by the JPML concerning the transfer of this action for inclusion in MDL No. 2942 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. In the event

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR STAY - 1
(2:20-CV-00657-JLR)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

that the JPML denies consolidation, the stay will automatically terminate seven (7) days after the JPML's decision denying consolidation, and Defendant shall have twenty-one (21) additional days from the termination of the stay to answer, move, or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED this 16th day of June, 2020.  _____

                                            Honorable James L. Robart
                                            UNITED STATES DISTRICT JUDGE

Presented By:

DATED this 8th day of June, 2020.

                                            KELLER ROHRBACK L.L.P.

                                            By: *s/ Amy Williams-Derry*
                                            By: *s/ Lynn L. Sarko*
                                            By: *s/ Ian S. Birk*
                                            By: *s/ Gretchen Freeman Cappio*
                                            By: *s/ Irene M. Hecht*
                                            By: *s/ Maureen Falecki*
                                            By: *s/ Nathan L. Nanfelt*
                                                Amy Williams-Derry, WSBA #28711
                                                Lynn L. Sarko, WSBA #16569
                                                Ian S. Birk, WSBA #31431
                                                Gretchen Freeman Cappio, WSBA #29576
                                                Irene M. Hecht, WSBA #11063
                                                Maureen Falecki, WSBA #18569
                                                Nathan Nanfelt, WSBA #45273
                                                1201 Third Avenue, Suite 3200
                                                Seattle, WA 98101
                                                Telephone: (206) 623-1900
                                                Fax: (206) 623-3384
                                                Email: awilliams-derry@kellerrohrback.com
                                                Email: lsarko@kellerrohrback.com
                                                Email: ibirk@kellerrohrback.com
                                                Email: gcappio@kellerrohrback.com
                                                Email: ihecht@kellerrohrback.com
                                                Email: mfalecki@kellerrohrback.com

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR STAY - 2
(2:20-CV-00657-JLR)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

                                      Email: nnanfelt@kellerrohrback.com
By: *s/ Alison Chase*
      Alison Chase, *pro hac vice forthcoming*
      801 Garden Street, Suite 301
      Santa Barbara, CA 93101
      Telephone: (805) 456-1496
      Fax: (805) 456-1497
      Email: achase@kellerrohrback.com

***Attorneys for Plaintiff and the Proposed Class***

(PROPOSED) ORDER GRANTING UNOPPOSED MOTION FOR STAY - 3
(2:20-CV-00657-JLR)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384