The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINA KIM, DDS, P.S. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SENTINEL INSURANCE COMPANY, LIMITED<br><br>Defendant. | No. 2:20-cv-00657-JLR<br><br>ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING RULING ON CONSOLIDATION AND TRANSFER BY JPML |

**(PROPOSED) ORDER**

The Court having examined and considered Plaintiff's Unopposed Motion for Stay of Proceedings Pending Ruling on JPML Order to Show Cause in the matter styled *In re Hartford COVID-19 Business Interruption Protection Insurance Litig.*, MDL No. 2963, and finding that there is good cause,

**HEREBY ORDERS AND ADJUDGES THAT** this matter is stayed, including but not limited to (1) all scheduling deadlines pursuant to the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Western District of Washington and this Honorable Court, (2) discovery, and (3) the deadline to answer or otherwise respond to Plaintiff's Complaint, pending a ruling by the JPML concerning the transfer of this action for inclusion in MDL No. 2963 for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. If the JPML

ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS - 1
(2:20-CV-00657-JLR)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

denies consolidation, the stay will automatically terminate fourteen (14) days after the JPML's decision denying consolidation, and Defendant shall have twenty-eight (28) additional days from the termination of the stay to answer, move, or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DATED this 10th day of September, 2020.

James L. Robart
UNITED STATES DISTRICT JUDGE

Presented By:

**KELLER ROHRBACK L.L.P.**

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Ian S. Birk*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
By: *s/ Nathan L. Nanfelt*
  Amy Williams-Derry, WSBA #28711
  Lynn L. Sarko, WSBA #16569
  Ian S. Birk, WSBA #31431
  Gretchen Freeman Cappio, WSBA #29576
  Irene M. Hecht, WSBA #11063
  Maureen Falecki, WSBA #18569
  Nathan L. Nanfelt, WSBA #45273
  1201 Third Avenue, Suite 3200
  Seattle, WA 98101
  Telephone: (206) 623-1900
  Fax: (206) 623-3384
  Email: ibirk@kellerrohrback.com
  Email: lsarko@kellerrohrback.com
  Email: gcappio@kellerrohrback.com
  Email: ihecht@kellerrohrback.com
  Email: awilliams-derry@kellerrohrback.com
  Email: mfalecki@kellerrohrback.com
  Email: nnanfelt@kellerrohrback.com

ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS - 2
(2:20-CV-00657-JLR)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

By: *s/ Alison Chase*
Alison Chase, *pro hac vice forthcoming*
801 Garden Street, Suite 301
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Fax: (805) 456-1497
Email: achase@kellerrohrback.com

***Attorneys for Plaintiff and the Proposed Classes***

4813-2574-8170, v. 1

ORDER GRANTING UNOPPOSED MOTION FOR STAY OF PROCEEDINGS - 3
(2:20-CV-00657-JLR)

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384