UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LINA KIM,<br><br>                    Plaintiff,<br><br>       v.<br><br>SENTINEL INSURANCE COMPANY LIMITED,<br><br>                    Defendant. | CASE NO. C20-0657JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable Barbara J. Rothstein as related to

//

//

//

//

MINUTE ORDER - 1

1  similar matters where plaintiffs seek insurance coverage for a business interruption

2  related to the COVID-19 pandemic.  All future pleadings shall bear the cause number

3  C20-0657BJR.

4      Filed and entered this 17th day of September, 2020.

6      WILLIAM M. MCCOOL
    Clerk of Court

7      s/ Ashleigh Drecktrah
    Deputy Clerk

MINUTE ORDER - 2