Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINA KIM, DDS, P.S. individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>   v.<br><br>SENTINEL INSURANCE COMPANY, LIMITED,<br><br>                        Defendant. | No. 2:20-cv-00657-BJR<br><br>NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN RESPONSE TO FIRST SCHEDULING ORDER |

On November 4, 2020, Plaintiff Marler filed "Plaintiffs' Statement in Response to First Scheduling Order" in *Wade K. Marler, DDS v. Aspen American Insurance Company*, Case No. 2:20-cv-00616-BJR. Plaintiffs Marler filed the Statement in connection with the Court's upcoming November 9, 2020 Case Management Conference, and in response to the Court's First Scheduling Order entered in the above-referenced case on September 29, 2020. A copy of the Statement is attached hereto.

Plaintiff Lina Kim, DDS, P.S. joins in the Plaintiffs' Statement in Response to First Scheduling Order, submitted herewith.

NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN RESPONSE TO FIRST SCHEDULING ORDER (2:20-cv-00657-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1   DATED this 4th day of November, 2020.

2                                                                  KELLER ROHRBACK L.L.P.

3

4                                                                  By: *s/ Amy Williams-Derry*
                                                                   By: *s/ Lynn L. Sarko*
5                                                                  By: *s/ Gretchen Freeman Cappio*
                                                                   By: *s/ Karin B. Swope*
6                                                                  By: *s/ Ian S. Birk*
                                                                   By: *s/ Irene M. Hecht*
7                                                                  By: *s/Maureen Falecki*
                                                                   By: */sNathan Nanfelt*
8
       Amy Williams-Derry, WSBA #28711
9      Lynn Lincoln Sarko, WSBA #16569
       Gretchen Freeman Cappio, WSBA #29576
10     Karin B. Swope, WSBA #24015
       Ian S. Birk, WSBA #31431
11     Irene M. Hecht, WSBA #11063
       Maureen M. Falecki, WSBA #18569
12     Nathan L. Nanfelt, WSBA 45273
       1201 Third Avenue, Suite 3200
13     Seattle, WA 98101
       Telephone: (206) 623-1900
14     Fax: (206) 623-3384
       Email: awilliams-derry@kellerrohrback.com
15     Email: lsarko@kellerrohrback.com
       Email: gcappio@kellerrohrback.com
16     Email: kswope@kellerrohrback.com
       Email: ibirk@kellerrohrback.com
17     Email: ihecht@kellerrohrback.com
       Email: mfalecki@kellerrohrback.com
18     Email: nnanfelt@kellerrohrback.com

19     By: *s/ Alison Chase*
           Alison Chase, *pro hac vice forthcoming*
20         801 Garden Street, Suite 301
           Santa Barbara, CA 93101
21         Telephone: (805) 456-1496
           Fax: (805) 456-1497
22         Email: achase@kellerrohrback.com

23         ***Attorneys for Plaintiff and the Proposed Classes***

24

25

26

NOTICE OF FILING OF PLAINTIFFS' STATEMENT IN
RESPONSE TO FIRST SCHEDULING ORDER
(2:20-cv-00657-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384